Judge Franklin D. Burgess

FILED / LODGED / RECEIVED
JUN 04 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

08-CV-05074-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL A. ARMITAGE,<br><br>Defendant. | NO. CR08-5074FDB<br><br>ORDER GRANTING MOTION TO DISMISS SUPERSEDING INDICTMENT |

Upon the unopposed motion of the United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Superseding Indictment against Cheryl A. Armitage in the above-captioned action without prejudice, IT IS HEREBY ORDERED that the Superseding Indictment in CR08-5074FDB is dismissed without prejudice.

DONE this _____ day of June, 2009.

_____
HON. FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(CHERYL A. ARMITAGE /CR 08-5074FDB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800